IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MEGGAN MASSOP,** )  | CIVIL ACTION NO. |
| Plaintiff, ) | 3:10CV00109(RNC) |
| v. ) | |
| ) | |
| **FOCUS RECEIVABLE MANAGEMENT,** ) | |
| **LLC & JANE DOE A/K/A/ ELANDER** ) | |
| Defendants. ) | MAY 25, 2010 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Meggan Massop, through her attorney, and the defendants, Focus Receivable Management, LLC & Jane Doe a/k/a Elander, through their attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiff, Meggan Massop**

By/s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel: (860) 571-0408; Fax: (860) 571-7457
dblinn@consumerlawgroup.com

**Defendants, Focus Receivable Management
LLC & Jane Doe a/k/a Elander**

By/s/   Michelle Himes-Wiederschall
Michelle Himes-Wiederschall (ct27003)
Wolf, Horowitz & Etlinger, LLC
99 Pratt Street, Suite 401
Hartford, CT 06103
Tel: (860) 724-6667; Fax: (860) 293-1979
mlhimes@wolfhorowitz.com

## **CERTIFICATION**

  I hereby certify that on this 25th day of May, 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            /s/Daniel S. Blinn
            Daniel S. Blinn